# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ELLYSE WISSEL; MICHELLE ANDERSON; and MCLAIN MOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL MEDIA GROUP, INC.,<br><br>Defendant. | Civil Action No. 4:24-cv-999-P |

## PLAINTIFFS' SUPPLEMENTAL NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3(a), Plaintiffs Ellyse Wissel, Michelle Anderson, and McClain Mott (collectively, "*Plaintiffs*") submit this Supplemental Notice of Related Case.

On October 18, 2024, Plaintiffs filed a Class Action Complaint in the above-captioned matter. *See* ECF No. 1.

Concurrently with Class Action Complaint, Plaintiffs filed a Notice of Related Case pursuant to identifying *Wissel, et al. v. Rural Media Group, Inc.*, Civil Action No. 4:24-cv-00925-P (N.D. Tex.) (Pittman, M.), which was at the time (and remains) no longer pending. *See* ECF No. 1-2.

Plaintiffs recently became aware of an additional Related Case (the "Additional Related Case"). That case is *Saarloos v. The Cowboy Channel, LLC*,

Civil Action No. 5:24-cv-2058 (C.D. Cal.) (Kato, K.). The Additional Related Case is pending before Judge Kenly Kiya Kato in the Central District of California. Like the instant action, it asserts claims on behalf of a class of similarly situated individuals under the Video Privacy Protection Act. The Additional Related Case does not name Defendant Rural Media Group, Inc., but is brought against The Cowboy Channel, LLC, which Defendant has identified as an entity financially interested in the outcome of this instant action on its Disclosure Statement. *See* ECF No. 8. The Additional Related Case remains pending.

Dated: November 5, 2024

Respectfully submitted,

/s/ *Patrick M. W. Arnold*
Patrick M. W. Arnold
Texas State Bar No. 24109596
WALLS LANDRY BAKER & OLIVER, PLLC
5910 North Central Expy, Ste. 1560
Dallas, Texas 75206
Telephone: (214) 265-1231
Facsimile: (972) 980-7634
parnold@wlbofirm.com

Tyler K. Somes
**Attorney in Charge**
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste. 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiffs and Putative Class*