UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ELLYSE WISSEL; MICHELLE ANDERSON; and MCLAIN MOTT, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

RURAL MEDIA GROUP, INC.,

      Defendant.

Case No. 4:24-cv-999-P

Hon. Mark T. Pittman

## AFFIDAVIT OF TYLER K. SOMES

STATE OF NEW YORK    §
             §
COUNTY OF MONROE    §

Tyler K. Somes, being first duly sworn upon an oath, personally appeared before me and does affirm that he has read, understands, and will comply with the following throughout the remainder of this litigation:

 1. *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc);

 2. Local Civil Rules of the United States District Court for the Northern District of Texas;

 3. Texas Lawyers' Creed;

 4. Texas Rules of Professional Conduct;

 5. Judge Mark. T Pittman's Judge Specific Requirements.

Executed this 27th Day of November, 2024.

*[Signature]*

Tyler K. Somes

NOTARY ACKNOWLEDGEMENT

Sworn to before me this 27th day of November, 2024.

*[Signature]*

Notary Public
State of New York

My commission expires: 2/28/26

LAWRENCE L. KASPEREK
Notary Public, State of New York
Monroe County, Reg #02KA4840867
Commission Expires February 28, 20 26

2