IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELLYSE WISSEL; MICHELLE ANDERSON; and MCLAIN MOTT, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | Case No. 4:24-CV-999-P |
| v. | § § | |
| RURAL MEDIA GROUP, INC., | § § § | |
| Defendant. | § | |

# UNOPPOSED THIRD MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1 of the U.S. District Court for the Northern District of Texas, Defendant Rural Media Group, Inc. ("RMG") moves for a 30-day extension of RMG's deadline to respond to the Complaint. In support of this Motion, RMG respectfully states as follows:

1. RMG's current deadline to respond to the Complaint is December 20, 2024. (ECF No. 12.)

2. A class-wide settlement in principle has been reached in *Saarloos v. The Cowboy Channel, LLC*, No. 5:24-cv-2058, the earlier-filed putative class action pending in the U.S. District Court for the Central District of California. A notice of settlement is being filed in that case today, and RMG anticipates that the plaintiff in *Saarloos* will file a motion for preliminary approval of the settlement within the next 45 days.

3.     Plaintiffs' counsel are evaluating whether and how this case should proceed in light of the class-wide settlement in principal that has been reached in *Saarloos*, which impacts whether any response to the Complaint and any scheduling order in this case will be necessary.

4.     RMG respectfully submits that these unique circumstances constitute good cause to extend the deadline for RMG to respond to the Complaint by 30 days (up to and including January 21, 2025 due to the intervening federal holiday). The requested extension is not for the purposes of delay or other improper purpose. Accordingly, the requested extension will not prejudice the orderly administration of this matter and will promote judicial efficiency.

5.     RMG has conferred with Plaintiffs regarding this Motion and Plaintiffs do not oppose the requested extension.

WHEREFORE, Defendant Rural Media Group, Inc. respectfully requests that the Court extend its deadline to respond to the Complaint by 30 days, up to and including January 21, 2025 due to the intervening federal holiday.

### CERTIFICATE OF CONFERENCE

I hereby certify that the Parties conferred on December 17, 2024 regarding the extension sought herein, to which Plaintiffs' counsel agreed.

Dated: December 18, 2024                           Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Ambika B. Singhal*
Ambika B. Singhal
Texas Bar No. 24132954
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201
Tel: 214.210.1200
Fax: 214.210.1201
asinghal@bakerlaw.com

- 3 -

                                                  Rachel Palmer Hooper
                                                  Texas Bar No. 24039102
                                                  811 Main Street, Suite 1100
                                                  Houston, Texas 77002
                                                  Tel: 713.646.1329
                                                  Fax: 713.751.1717
                                                  rhooper@bakerlaw.com

                                                  *Counsel for Defendant*
                                                  *Rural Media Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December 2024, a true and correct coy of the the foregoing was filed with the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Ambika B. Singhal*