# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| ELLYSE WISSEL; MICHELLE ANDERSON; and MCLAIN MOTT, individually and on behalf of all others similarly situated, | § § § § § § | |
| Plaintiffs, | § | Case No. 4:24-CV-999-P |
| v. | § § § | |
| RURAL MEDIA GROUP, INC., | § § | |
| Defendant. | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED THIRD MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1 of the United States District Court for the Northern District of Texas, and having considered the Unopposed Third Motion to Extend Deadline to Respond to Complaint ("Motion") filed by Defendant Rural Media Group, Inc., the Court **ORDERS** the Motion be **GRANTED**.

The deadline for Defendant Rural Media Group, Inc. to answer or otherwise respond to Plaintiffs' Class Action Complaint is extended from December 20, 2024 up to and including January 21, 2025.

**SO ORDERED.**

SIGNED: This _____ day of December, 2024.

_____
**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**