**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ELLYSE WISSEL; MICHELLE ANDERSON; AND MCLAIN MOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL MEDIA GROUP, INC.,<br><br>Defendant. | Case No. 4:24-CV-999<br><br>Hon. Mark Pittman |

## NOTICE OF CONSTITUTIONAL QUESTION

To: James R. McHenry III
Acting Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(B), that Defendant Rural Media Group, Inc.'s ("RMG") Motion to Dismiss Plaintiffs' Class Action Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, RMG argues that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of RMG's Motion to Dismiss is attached hereto, and service has been made upon the United States Attorney General

Dated: January 21, 2025

Respectfully submitted,
**BAKER & HOSTETLER LLP**

*/s/ Ambika B. Singhal*

Ambika B. Singhal
Texas Bar No. 24132954
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201
Tel: 214.210.1200
Fax: 214.210.1201

asinghal@bakerlaw.com

Rachel Palmer Hooper
Texas Bar No. 24039102
811 Main Street, Suite 1100
Houston, Texas 77002
Tel: 713.646.1329
Fax: 713.751.1717
rhooper@bakerlaw.com

*Counsel for Defendant*
*Rural Media Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 21, 2025, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record. The undersigned attorney further certifies that on January 21, 2025, the foregoing document was sent via U.S. Certified Mail, Return Receipt Requested, to:

James R. McHenry III
Acting Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

*/s/ Ambika B. Singhal*
Ambika B. Singhal