IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELLYSE WISSEL; MICHELLE ANDERSON; and MCLAIN MOTT, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § | Case No. 4:24-CV-999-P |
| v. | § § | |
| RURAL MEDIA GROUP, INC., | § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Ellyse Wissel, Michelle Anderson, and McLain Mott and Defendant Rural Media Group, Inc. (collectively, the "Parties"), hereby give notice that they have executed a written settlement agreement. The Parties expect to file a stipulated dismissal of this action, in its entirety and with prejudice, within the next 35 days.

Dated: March 3, 2025                                      Respectfully submitted,

**HEDIN LLP**                                                            **BAKER & HOSTETLER LLP**

By: /s/ Tyler K. Somes                                        By: /s/ Ambika B. Singhal
Tyler K. Somes                                                       Ambika B. Singhal
1100 15th Street NW, Ste 04-108                       Texas Bar No. 24132954
Washington, D.C. 20005                                      2850 North Harwood Street, Suite 1100
Telephone: (202) 900-3332                                 Dallas, Texas 75201
Facsimile: (305) 200-8801                                   Tel: 214.210.1200
tsomes@hedinllp.com                                         Fax: 214.210.1201
                                                                               asinghal@bakerlaw.com

Patrick M. W. Arnold
**WALLS LANDRY BAKER & OLIVER,**           Rachel Palmer Hooper
**PLLC**                                                                 Texas Bar No. 24039102
Texas State Bar No. 24109596                          811 Main Street, Suite 1100
5910 North Central Expressway, Ste 1560       Houston, Texas 77002
Dallas, Texas 75206                                             Tel: 713.646.1329

1

Telephone: (214) 265-1231  
Facsimile: (972) 280-7634  
parnold@wlbofirm.com

Fax: 713.751.1717  
rhooper@bakerlaw.com

*Counsel for Defendant*  
*Rural Media Group, Inc.*

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of March 2025, a true and correct coy of the foregoing was filed with the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Tyler K. Somes*  
Tyler K. Somes