UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELLYSE WISSEL, ET AL.,**

Plaintiffs,

v. **No. 4:24-cv-00999-P**

**RURAL MEDIA GROUP, INC.,**

Defendant.

# ORDER

The Court received notification that the Parties settled the instant dispute in the Parties' Notice of Joint Settlement. ECF No. 39. According to the Notice, the Parties have "executed a written settlement agreement." *Id.* The Notice further states that the Parties plan to file a stipulated dismissal "within the next 35 days." *Id.*

Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **3rd day of March 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE