UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELLYSE WISSEL, ET AL.,**

Plaintiffs,

v.                                                    **No. 4:24-cv-00999-P**

**RURAL MEDIA GROUP, INC.,**

Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 40), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **3rd day of March 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE