UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELLYSE WISSEL, ET AL.,**

Plaintiffs,

v. **No. 4:24-cv-00999-P**

**RURAL MEDIA GROUP, INC.,**

Defendant.

## ORDER

The recent opinion by the Fifth Circuit vacated this Court's previous order sanctioning attorney Tyler Somes $150.00. ECF No. 48. In that opinion, the court ordered that "any part of the fine paid [by Mr. Somes] is to be refunded." *Id.* at 8.

Accordingly, the Court **ORDERS** that the Clerk of Court refund **$150.00** paid by Mr. Somes from the Registry of the Court.

**SO ORDERED** on this **31st day of July 2025.**

Mark T. Pittman

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE